2.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RUBEN ORTEGA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-244 |
| § | |
| MANTEO SHRIMP CORPORATION § | |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

STATUS CONFERENCE

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

SEPTEMBER 10, 1999 AT 2:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 2, 1999

TO:     MR. WARREN EDDINGTON
        MR. DENNIS SANCHEZ