3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

**SEP 1 4 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANTEO SHRIMP CO. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-244 |
| | § | |
| GEORGE G. ZIMMERMAN & CO., INC., | § | |
| ET AL. | § | |

TYPE OF CASE:  ___X___ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 6, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 13, 1999

TO:      MR. DENNIS SANCHEZ
         MR. RICARDO GONZALEZ CEDILLO
         MR. PETER C. HARVEY