5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANTEO SHRIMP CO. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-244 |
| | § | |
| GEORGE G. ZIMMERMAN & CO., INC., | § | |
| ET AL. | § | |

TYPE OF CASE:         __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 3, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 7, 1999

TO:     MR. DENNIS SANCHEZ
        MR. RICARDO GONZALEZ CEDILLO
        MR. PETER C. HARVEY