6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANTEO SHRIMP CO. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-244 |
| | § | |
| GEORGE G. ZIMMERMAN & CO., INC., | § | |
| ET AL. | § | |

TYPE OF CASE:         __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                  ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:        CONTINUED TO DATE AND TIME:

**DECEMBER 3, 1999 AT 1:30 P.M.**            **DECEMBER 7, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 30, 1999

TO:     MR. DENNIS SANCHEZ
        MR. RICARDO GONZALEZ CEDILLO
        MR. PETER C. HARVEY