IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANTEO SHRIMP CORPORATION and F/V DAVID M. TOWER, Third Party Plaintiff, v. GEORGE G. ZIMMERMAN & CO, INC.; GLOBAL ACCIDENT LINE SLIP, INC., and BURK & ASSOCIATES, INC. Third Party Defendants. | C.A. NO. B-97-244 |

## ORDER

CAME ON TO BE CONSIDERED the Unopposed Motion of MANTEO SHRIMP CORPORATION to extend the time for such party to respond to the Motion To Dismiss For Lack Of *In Personam* Jurisdiction previously filed by Third Party Defendant, GEORGE G. ZIMMERMAN. This Court has considered said Motion and is of the opinion that it should be granted. It is therefore

ORDERED that MANTEO SHRIMP CORPORATION be and is hereby ORDERED to file its response to the Motion to Dismiss For Lack Of *In Personam* Jurisdiction on or before March 17, 2000, such period of time being enlarged in order to allow MANTEO to take the deposition of Third Party Defendant, GEORGE G. ZIMMERMAN.

DONE at Brownsville, Texas this 8 day of MARCH, 2000.

Hon. John Wm. Black
United States Magistrate Judge