IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANTEO SHRIMP CORPORATION and F/V DAVID M. TOWER § § § Third Party Plaintiff, § § v. § GEORGE G. ZIMMERMAN & CO, § INC.; GLOBAL ACCIDENT LINE § SLIP, INC., and BURK & § ASSOCIATES, INC. § § Third Party Defendants. § | | C.A. NO. B-97-244 |

## ORDER

CAME ON TO BE CONSIDERED the Unopposed Motion of MANTEO SHRIMP CORPORATION to extend the time for such party to respond to the Motion To Dismiss For Lack Of *In Personam* Jurisdiction previously filed by Third Party Defendant, GEORGE G. ZIMMERMAN. This Court has considered said Motion and is of the opinion that it should be granted. It is therefore

ORDERED that MANTEO SHRIMP CORPORATION be and is hereby ORDERED to file its response to the Motion to Dismiss For Lack Of *In Personam* Jurisdiction on or before May 30, 2000, such period of time being enlarged in order to allow MANTEO to take the deposition of Third Party Defendant, GEORGE G. ZIMMERMAN. NO FURTHER EXTENSIONS OF THIS DEADLINE WILL BE GRANTED.

DONE at Brownsville, Texas this 24TH day of March, 2000.

/s/ John Wm. Black
Hon. John Wm. Black
United States Magistrate Judge