IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

AUG 2 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANTEO SHRIMP CORPORATION and F/V DAVID M. TOWER, <br> Third Party Plaintiff, | § § § § | |
| V. | § | CIVIL ACTION NO. B-97-244 |
| GEORGE G. ZIMMERMAN & CO. INC., GLOBAL ACCIDENT LINE SLIP, INC., and BURK & ASSOCIATES, INC. | § § § § § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a *de novo* review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of July 27, 2000 should be **ADOPTED.**

IT IS **ORDERED** that Defendant's Motion to Dismiss be **GRANTED**.

DONE in Brownsville, Texas, on this _17_ day of _August_ 2000.

Hilda G. Tagle
United States District Judge